# UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re    Alicia Clyburn Bethea                    Case No.   5:20-bk-01576

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Community Loan Servicing, LLC, as servicing agent for Lakeview Loan Servicing, LLC | Lakeview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):   5-2
Amount of Claim:   $190,305.21
Date Claim Filed:   1/8/21

Phone:   866-709-3400
Last Four Digits of Acct #    5801

Phone:
Last Four Digits of Acct #    1034

Name and Address where transferee payments should be sent (if different from above):
**Community Loan Servicing, LLC**
**Attn: Cashiering Dept.**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Phone:   866-709-3400
Last Four Digits of Acct #:    5801

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Ciro A Mestres                    Date:   03/14/2022
      Authorized Agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

COMMUNITY LOAN SERVICING, LLC PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT COMMUNITY LOAN SERVICING, LLC.

| | | |
|---|---|---|
| In Re: | Bankruptcy Case No.: | 5:20-bk-01576 |
| Alicia Clyburn Bethea | Chapter: | 13 |
| | Judge: | Mark J Conway |

CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Alicia Clyburn Bethea
4529 BRIARCLIFF TER, TOBYHANNA, PA 18466


Philip W. Stock                                   (*served via ECF Notification*)
706 MONROE STREET, ,


Jack N Zaharopoulos, Trustee                      (*served via ECF Notification*)
STANDING CHAPTER 13 TRUSTEE, 8125 ADAMS DRIVE, SUITE A, HUMMELSTOWN, PA 17036


United States Trustee                             (*served via ECF Notification*)
**United States Trustee**
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Executed on:    03/14/2022            By:    */s/Ciro A Mestres*
                (date)                       Ciro A Mestres
                                             Authorized Agent for Transferee