# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 3/15/2022
Case: 5:20–bk–01576–MJC     Form ID: trc     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
5340587    LAKEVIEW LOAN SERVICING, LLC    LOANCARE, LLC    3637 SENTARA WAY    VIRGINIA BEACH VA 23452

TOTAL: 1