IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alicia Clyburn Bethea a/k/a Alicia Clyburn-Bethea a/k/a Alicia Clyburn Bethea<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>20-01576 |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing LLC<br>    Movant.<br>v.<br><br>Alicia Clyburn Bethea a/k/a Alicia Clyburn-Bethea a/k/a Alicia Clyburn Bethea<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## MOTION TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing LLC's Transfer of Claim Other than for Security filed with the Court on October 10, 2022, Docket No. 65.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alicia Clyburn Bethea a/k/a Alicia Clyburn-Bethea a/k/a Alicia Clyburn Bethea<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>20-01576 |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Alicia Clyburn Bethea a/k/a Alicia Clyburn-Bethea a/k/a Alicia Clyburn Bethea<br>    Debtor/Respondent, | |
| Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | |

## ORDER

    AND NOW, this _____ day of _____, 2022, upon consideration of the Movant's Transfer of Claim Other than for Security filed with the Court on October 10, 2022, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
HONORABLE MARK J CONWAY
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alicia Clyburn Bethea a/k/a Alicia Clyburn-Bethea a/k/a Alicia Clyburn Bethea<br>　　Debtor, | BANKRUPTCY CASE NUMBER<br>20-01576 |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing LLC<br>　　Movant.<br>v.<br><br>Alicia Clyburn Bethea a/k/a Alicia Clyburn-Bethea a/k/a Alicia Clyburn Bethea<br>　　Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>　　Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>11th</u> day of <u>October</u>, 2022:

Alicia Clyburn Bethea a/k/a Alicia Clyburn-Bethea a/k/a Alicia Clyburn Bethea
4529 Briarcliff Ter
Tobyhanna, PA 18466

Philip W. Stock, Esquire
706 Monroe Street
Stroudsburg, PA 18360 - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s. Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com