In re:  Case No. 20-01576-MJC

Alicia Clyburn Bethea  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 3
Date Rcvd: Oct 12, 2022 | Form ID: pdf010 | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Clyburn Bethea, 4529 Briarcliff Terrace, Tobyhanna, PA 18466-3068 |
| cr | + | A Pocono Country Place Property Owners Association, c/o Nicholas Charles Haros, Esq., Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360 US 18360-1602 |
| 5328977 | | A Pocono Country Place POA, 12 Recreation Drive, Tobyhanna, PA 18466 |
| 5341121 | + | A Pocono Country Place Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5500311 | + | Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5500312 | + | Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |
| 5328986 | + | Phelan Hallinan Diamond & Jones, One Penn Center, 1617 JFK Blvd. Ste. 1400, Philadelphia, PA 19103-1814 |
| 5328987 | + | Philip W. Stock, Esquire, 706 Monroe Street, Stroudsburg, PA 18360-2270 |
| 5328990 | + | Truegreen, 1790 Kirby Pkwy. Forum 11, Ste. 300, Memphis, TN 38138-7411 |
| 5328992 | + | Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 12 2022 18:47:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5328979 | | Email/Text: bnc@atlasacq.com | Oct 12 2022 18:41:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5328980 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 18:47:26 | Capital One Bank USA NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 5464784 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 12 2022 18:41:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5464783 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 12 2022 18:41:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5328981 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 12 2022 18:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5340587 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 12 2022 18:41:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 5392239 | + | Email/Text: RASEBN@raslg.com | Oct 12 2022 18:41:00 | LAKEVIEW LOAN SERVICING, LLC., 130 Clinton Rd 202, Fairfield, NJ 07004-2927 |
| 5328982 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 12 2022 18:41:00 | Loancare Servicing Center, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5332280 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2022 18:47:26 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5328983 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 12 2022 18:47:22 | Merrick Bank Corp., PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5328984 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 12 2022 18:41:00 | Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5328985 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2022 18:41:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5342129 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 12 2022 18:47:22 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5357141 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2022 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5330260 | | Email/Text: bnc-quantum@quantum3group.com | Oct 12 2022 18:41:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5329338 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 18:47:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5328988 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 18:47:22 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 5328989 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 12 2022 18:41:00 | Transworld Systems, 9525 Sweet Valley Dr. Bldg. A, Valley View, OH 44125-4237 |
| 5329560 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 12 2022 18:47:26 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3380 |
| 5328991 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 12 2022 18:41:00 | Web Bank Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | COMMUNITY LOAN SERVICING, LLC |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5337789 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5342249 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5328978 | *+ | Alicia Clyburn Bethea, 4529 Briarcliff Terrace, Tobyhanna, PA 18466-3068 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brian C Nicholas | on behalf of Creditor Community Loan Servicing  LLC, as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Community Loan Servicing  LLC, as servicing agent for Lakeview Loan Servicing, LLC ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Lorraine Gazzara Doyle | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Nicholas Charles Haros | on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com |
| Philip W. Stock | on behalf of Debtor 1 Alicia Clyburn Bethea pwstock@ptd.net |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Alicia Clyburn Bethea,
    Debtor : Case No. 5:20-bk-01576-MJC

:

## ORDER DISMISSING CASE

A Motion to Dismiss the above-named case having been filed by Debtor, Dkt. # 64, it is

**ORDERED** that the above-named case is hereby **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 12, 2022