United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01576-MJC |
| Alicia Clyburn Bethea | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5500312 | + | Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brian C Nicholas | on behalf of Creditor Community Loan Servicing LLC, as servicing agent for Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

Lorraine Gazzara Doyle
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Lorraine Gazzara Doyle
    on behalf of Creditor Community Loan Servicing LLC, as servicing agent for Lakeview Loan Servicing, LLC ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Nicholas Charles Haros
    on behalf of Creditor A Pocono Country Place Property Owners Association nharos@eastpennlaw.com

Philip W. Stock
    on behalf of Debtor 1 Alicia Clyburn Bethea pwstock@ptd.net

Thomas Song
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-01576-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Alicia Clyburn Bethea
4529 Briarcliff Terrace
Tobyhanna PA 18466

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/13/2022.

Name and Address of Alleged Transferor(s):

Claim No. 5: Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Lakeview Loan Servicing LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015

Name and Address of Transferee:

Lakeview Loan Servicing LLC
2121 Waukegan Road,Suite 300
Bannockburn,Pennsylvania 60015
Lakeview Loan Servicing LLC
2121 Waukegan Road,Suite 300
Bannockburn,Pennsylvania 60015

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/16/22

Terrence S. Miller
**CLERK OF THE COURT**